In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00216-CV**
_____

**ZION BUILDERS LIMITED LIABILITY COMPANY D/B/A ZION BUILDERS, Appellant**

**V.**

**ERIK GARDUNO A/K/A ERIC GARDUNO AND KAREN GARDUNO, Appellees**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-05-06051-CV**

**MEMORANDUM OPINION**

Zion Builders Limited Liability Company d/b/a Zion Builders appealed from a final judgment, signed on June 23, 2021. But after that, Zion Builders failed to pay or arrange to pay the fee charged by the District Clerk to prepare a clerk's record to support the appeal. On October 22, 2021, we notified the parties that the District Clerk had not filed a record, and we warned the parties the appeal would be dismissed for want of prosecution unless Zion Builders explained why it needed

1

more time to pay for the clerk's record since that record was required to support its appeal. *See* Tex. R. App. P. 37.3(b).

We received no response to that notice. In the absence of an explanation justifying its failure to arrange to have the record of the proceedings that it needs to support its appeal, we dismiss the appeal for want of prosecution. *See id*. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 29, 2021
Opinion Delivered December 30, 2021

Before Golemon, C.J., Kreger and Horton, JJ.